Filed 11/23/10　　　　　　　　　　Case 10-46657　　　　　　　　　　　Doc 23

FILED
November 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003095383

JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 10-46657-B-13J |
| | ) | DC No.: JPJ-01 |
| MARC DEPEW, | ) | **TRUSTEE'S OBJECTION TO** |
| CARRIE SPEARS-DEPEW, | ) | **CONFIRMATION OF THE CHAPTER** |
| | ) | **13 PLAN AND CONDITIONAL** |
| | ) | **MOTION TO DISMISS CASE** |
| | ) | |
| | ) | DATE: DECEMBER 21, 2010 |
| | ) | TIME: 9:32 A.M. |
| Debtor(s) | ) | COURTROOM: 32 |

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, objects to confirmation of the Debtor(s) Plan and does not recommend its confirmation as:

1. The plan is unclear as to the treatment of the secured debt owed to First Pacific Credit Union. The plan lists this debt in Class 2 as a second mortgage on real property located at 753 Dynasty Dr., however, Debtors list the first mortgage to PNC Mortgage for the same property as Class 3 surrender. The plan appears to contain conflicting plan terms as to the Debtors intent with respect to the real property.

1

1　　　WHEREFORE the movant prays that the Court enter an order denying confirmation of
2　the debtor's Plan, and an order dismissing the case unless on or before January 11, 2011 the
3　Debtor files a new plan and all necessary and related motions, including without limitation
4　motions to value collateral and motions to avoid liens, properly serves the new plan and the
5　motion(s), and sets the motion(s) for hearing on the next available chapter 13 calendar that
6　provides proper notice for all of the motions to be heard on the same calendar. The trustee
7　consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(c) as
8　made applicable by FRBP 9017.

9　Dated: November 23, 2010　　　　　　　/s/ Kristen A. Koo
10　　　　　　　　　　　　　　　　　　　　KRISTEN A. KOO, Attorney for Trustee