FILED
December 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D27

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Marc Lincoln Depew and Carrie Renee Spear-Depew | **Case No :** | 10-46657 - B - 13J |
| | | **Date :** | 12/21/10 |
| | | **Time :** | 09:32 |

**Matter :** [23] - Objection to Confirmation of Plan [JPJ-1] Filed by Trustee Jan P. Johnson (jris)
[23] - Motion/Application to Dismiss Case/Proceeding [JPJ-1] Filed by Trustee Jan P. Johnson (jris)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
   Trustee - Jan P. Johnson
**Respondent(s) :**
   Debtor(s) Attorney - David Paul Cusick

## CIVIL MINUTE ORDER

Due to the size of the three related calendars (363 matters), the court made the following ruling without findings. All parties were given an opportunity at the hearing to request a more explanatory ruling.

IT IS ORDERED that the trustee's objection is sustained. Confirmation of the initial plan filed October 6, 2010, is denied.

The trustee's motion to dismiss is conditionally denied, the conditions being that on or before January 11, 2011, the debtor files a new plan, a motion to confirm the new plan and all necessary related motions, including without limitation motions to value collateral and motions to avoid liens, properly serves the new plan and the motion(s), and sets the motion(s) for hearing on the next available chapter 13 calendar that provides proper notice for all of the motions to be heard on the same calendar.

Dated: December 23, 2010

Thomas C. Holman
United States Bankruptcy Judge