FILED
January 10, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003198904

③

CUSICK & CRODDY, LLP
David P. Cusick, CSBN 160467
Michael D. Croddy, CSBN 198489
1006 – 4th Street, 10th Floor
Sacramento, CA 95814
(916) 444–2248     phone
(916) 444–7926     facsimile
notice@bk-help.com E-mail
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Marc Depew, &<br><br>Carrie Depew.<br><br>                 Debtors.<br><br><br>Soc. Sec. No.: XXX-XX-2847<br>Soc. Sec. No.: XXX-XX-6181 | Case No.: 10-46657-B-13J<br>Chapter 13<br>Docket Control No.: CC-02<br><br>Judge: Thomas C. Holman<br>Date:   March 08, 2011<br>Time:   9:32 AM<br>Place:  501 "I" Street, 6th Floor<br>          Department B - Courtroom 32<br><br>**DEBTORS' MOTION TO CONFIRM DEBTORS' FIRST AMENDED CHAPTER 13 PLAN** |

TO THE UNITED STATES TRUSTEE, INTERIM U.S. TRUSTEE JAN P. JOHNSON, AND ALL OTHER PARTIES IN INTEREST:

**MOTION**

Pursuant to 11 U.S.C. § 1323 & LBR 9014–1(f)(1), Debtors move this Court for an Order Confirming Debtors' First Amended Chapter 13 Plan filed on January 11, 2011.

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

The essential facts necessary for the Court to determine whether to confirm the motion are:

1) Debtors' currently proposed chapter 13 plan (Original plan filed on October 06, 2010) provides for the following:



"$633 per month for 60 months.
This provides unsecured creditors 0 percent payment on their claims."

2) Debtors' First Amended chapter 13 plan (filed on January 11, 2011 and set for hearing on March 08, 2011) provides for the following:

"$633 per month for 60 months.
This provides unsecured creditors 0 percent payment on their claims."

3) Debtors propose the First Amended chapter 13 plan (filed on January 11, 2011 and set for hearing on March 08, 2011) for the following reasons:

To move a Class 3 Claim to Class 4.

4) Debtors' plan complies with the provisions of Title 11 of the United States Code,

5) Debtors will be current with any fee, charge, or payment required in this case by the day of the motion,

6) Debtors are proposing this plan in good faith and not by any means forbidden by law,

7) The value to distributed under this plan is not less than the amount that would be distributed if the Debtors' estate were liquated under chapter 7,

8) Debtors' plan provides for the secured creditor's retention of its lien and the payment of the present value of its secured claim; or the surender of its collateral,

9) Debtors will be able to make all payments under the plan and be able to comply with the plan,

10) Debtors filed their petition in good faith,

11) Domestic support obligations pursuant to 11 U.S.C. §1325(8) [If Any] will be current in this case by the day of the motion,

12) Federal, State, and local tax returns Debtors are required to file pursuant to 11 U.S.C. § 1325(9) [If Any] will have been filed in this case by the day of the motion.

The essential authorities necessary for the Court to determine whether to confirm the motion are:

**Jurisdiction** for this matter is provided by Title 28 U.S.C. §1334.

**Authority** for amending the Debtors' First Amended chapter 13 plan is provided by 11 U.S.C. §1323.

---

| In re: Depew | Motion & P&A in Support of Motion to Confirm Debtors' First Amended Chapter 13 Plan |
|---|---|
| 10-46657-B-13J | Page 2 of 3    11 U.S.C. §1323 & LBR 9014–1(f)(1) |

## CONCLUSION

Debtors' First Amended chapter 13 plan filed on January 11, 2011 complies with 11 U.S.C. §§ 1322(a) & (b), 1323(c), 1325(a), and 1329. Good cause exists for confirming Debtors' First Amended chapter 13 plan filed on January 11, 2011 for the reasons outlined above and in the Debtors' declaration.

**WHEREFORE**, Debtors pray for an Order Confirming Debtors' First Amended Chapter 13 Plan filed on January 11, 2011 and such other relief as may be just.

Dated: January 7, 2011

_____
Michael D. Croddy, CSBN 198489