

| | |
|---|---|
| 1 | CUSICK & CRODDY, LLP |
| 2 | David P. Cusick, CSBN 160467<br>Michael D. Croddy, CSBN 198489 |
| 3 | 1006 – 4th Street, 10th Floor<br>Sacramento, CA 95814 |
| 4 | (916) 444–2248     phone<br>(916) 444–7926     facsimile |
| 5 | notice@bk-help.com  E-mail<br>Attorneys for Debtors |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

Marc Depew, &

Carrie Depew.

   Debtors.

Soc. Sec. No.: XXX-XX-2847
Soc. Sec. No.: XXX-XX-6181

Case No.: 10-46657-B-13J
Chapter 13
Docket Control No.: CC-02

Judge: Thomas C. Holman
Date:  March 08, 2011
Time:  9:32 AM
Place: 501 "I" Street, 6th Floor
       Department B - Courtroom 32

**DEBTORS' DECLARATION IN SUPPORT OF DEBTORS' MOTION TO CONFIRM DEBTORS' FIRST AMENDED CHAPTER 13 PLAN**

TO THE UNITED STATES TRUSTEE, INTERIM U.S. TRUSTEE JAN P. JOHNSON, AND ALL OTHER PARTIES IN INTEREST:

We, Marc Depew and Carrie Depew, the Debtors herein, declare and state the following:

1) Our currently proposed chapter 13 plan provides for the following:

   "$633 per month for 60 months.
   This provides unsecured creditors 0 percent payment on their claims."

2) Our First Amended chapter 13 plan provides for the following:

   "$633 per month for 60 months.
   This provides unsecured creditors 0 percent payment on their claims."

3) We propose the First Amended chapter 13 plan for the following reasons:

   To move a Class 3 Claim to Class 4.

4) Our plan complies with the provisions of Title 11 of the United States Code,

5) We will be current with any fee, charge, or payment required in this case,

6) We are proposing this plan in good faith and not by any means forbidden by law,

7) The value to distributed under this plan is not less than the amount that would be distributed if our estate were liquated under chapter 7,

8) Our plan provides for the secured creditor's retention of its lien and the payment of the present value of its secured claim; or the surender of its collateral,

9) We will be able to make all payments under the plan and be able to comply with the plan,

10) We filed my petition in good faith,

11) Domestic support obligations pursuant to 11 U.S.C. §1325(8) [If Any] will be current in this case by the day of the motion,

12) Federal, State, and local tax returns we are required to file pursuant to 11 U.S.C. § 1325(9) [If Any] will have been filed in this case by the day of the motion.

We declare under the penalty of perjury under the laws of the United States of America that the following is true and correct based upon our knowledge, information and belief.

Dated: 1/10/11

Marc Depew

Dated: 1/10/11

Carrie Depew

In re: Depew
10-46657-B-13J
Debtors' Dec. in Support of Motion to Confirm Debtors' First Amended Chapter 13 Plan
Page 2 of 2    11 U.S.C. §1323 & LBR 9014-1(f)(1)