Filed 01/10/11     Case 10-46657     Doc 31

FILED
January 10, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003198907

CUSICK & CRODDY, LLP
David P. Cusick, CSBN 160467
Michael D. Croddy, CSBN 198489
1006 – 4th Street, 10th Floor
Sacramento, CA 95814
(916) 444–2248     phone
(916) 444–7926     facsimile
notice@bk-help.com   E-mail
Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re: <br><br> Marc Depew, & <br><br> Carrie Depew. <br><br>               Debtors. <br><br> Soc. Sec. No.: XXX-XX-2847 <br> Soc. Sec. No.: XXX-XX-6181 | Case No.: 10-46657-B-13J <br> Chapter 13 <br> Docket Control No.: CC-02 <br><br> Judge: Thomas C. Holman <br> Date:   March 08, 2011 <br> Time:   9:32 AM <br> Place:   501 "I" Street, 6th Floor <br>           Department B - Courtroom 32 <br><br> **CERTIFICATE OF SERVICE** |

    TO THE UNITED STATES TRUSTEE, INTERIM U.S. TRUSTEE JAN P. JOHNSON, AND ALL OTHER PARTIES IN INTEREST:

    I am a citizen of the United States. I am over the age of eighteen (18) years. I am not a party to the above-referenced action. My business address is 1006 4th Street, 10th Floor, Sacramento, CA 95814. On this date, January 10, 2011, I served the following documents on all parties on the service list:

1. **NOTICE OF HEARING ON DEBTORS' MOTION TO CONFIRM DEBTORS' FIRST AMENDED CHAPTER 13 PLAN;**
2. **DEBTORS' MOTION TO CONFIRM DEBTORS' FIRST AMENDED CHAPTER 13 PLAN;**
3. **DEBTORS' DECLARATION IN SUPPORT OF DEBTORS' MOTION TO CONFIRM DEBTORS' FIRST AMENDED CHAPTER 13 PLAN;**
4. **DEBTORS' FIRST AMENDED CHAPTER 13 PLAN;**

   a. [x] (BY MAIL) I caused each such envelope, with the name and address of each individual on the service list preprinted, with postage thereon fully prepaid, to be placed in the United States Mail at Sacramento, California. I am readily familiar with the practice of Cusick & Croddy, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

The SERVICE LIST is as follows:

| | |
|---|---|
| U.S.D.O.J - Office of the United States Trustee<br>Eastern District / Sacramento Division<br>Robert T. Matsui United States Courthouse<br>501 "I" Street, 7th Floor, Room 7-500<br>Sacramento. CA 95814 | Interim U.S. Trustee<br>Jan P. Johnson<br>P.O. Box 1708<br>Sacramento, CA 95812-1708 |
| Marc Depew<br>753 Dynasty Drive<br>Fairfield. CA 94534 | Carrie Depew<br>753 Dynasty Drive<br>Fairfield. CA 94534 |

as well as the names and addresses of the parties on the following pages.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct based upon my knowledge, information and belief.

Executed on __1/10/11__ at Sacramento, California.

_____
Michael D. Croddy

Contested matters are governed by Fed. R. Bankr. P. 9014. Rule 9014(b) requires service be made in the manner provided in Rule 7004. Rule 7004(b)(3) requires service be made to the attention of an officer, managing or general agent or any other agent authorized by appointment or law to receive service of process. See Beneficial Cal., Inc. V. Villar (In re Villar), 317 B.R. 88, 94 (9th Cir. B.A.P. 2004). **Therefore, service is hereby made to the attention of an officer, managing or general agent or any other agent authorized by appointment or law to receive service of process.**

In re: Depew

10-46657-B-13J                Page 2 of 6

Certificate of Service, Motion to Confirm Debtors' First Amended Chapter 13 Plan
11 U.S.C. §1323 & LBR 9014-1(f)(1)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-2<br>Case 10-46657<br>Eastern District of California<br>Sacramento<br>Fri Jan  7 15:19:17 PST 2011 | 2M Building Inc<br>753 Dynasty Drive<br>Fairfield CA 94534-6617 | Accounts Receivable Technologies<br>One Woodbridge Center Ste 410<br>Woodbridge NJ 07095-1151 |
| (p)ADVANTA<br>700 DRESHER RD<br>HORSHAM PA 19044-2206 | Advanta Bank Corporation<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville SC 29603-0368 | Ally<br>P O Box 380902<br>Minneapolis MN 55438-0902 |
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | American Express<br>Box 0001<br>Los Angeles CA 90096-8000 | American Express<br>P O Box 981537<br>El Paso TX 79998-1537 |
| American Ratings Corp<br>504 Redwood Blvd Ste 210<br>Ross CA 94957 | Bank of America<br>P O Box 15220<br>Wilmington DE 19886-5220 | Bank of America<br>P O Box 21846<br>Greensboro NC 27420-1846 |
| Bank of America<br>Specialty Finance Inc<br>P O Box 21846<br>Greensboro NC 27420-1846 | Bank of America N A<br>CA Secretary of State Entity C2551762<br>Attn C T Corporation System<br>818 West Seventh St<br>Los Angeles CA 90017-3407 | Bank of the West<br>180 Montgomery Street 25th Floor<br>San Francisco CA 94104-4297 |
| Bank of the West<br>Attn C T Corporation System<br>818 West Seventh Street<br>Los Angeles CA 90017-3407 | Bank of the West<br>P O Box 4002<br>Concord CA 94524-4002 | Bank of the West<br>P O Box 8050<br>Walnut Creek CA 94596-8050 |
| Cal-Western Reconveyance Corp<br>525 East Main St<br>P O Box 22004<br>El Cajon CA 92022-9004 | California Employment Development Dept<br>Bankruptcy Special Procedures Group<br>P O Box 826900 MIC 92E<br>Sacramento CA 94280-0001 | California State Board of Equalization<br>Account Analysis Control Section<br>P O Box 942879 MIC 29<br>Sacramento CA 94279-0029 |
| Capital One<br>1680 Capital One Drive<br>Mc Lean VA 22102-3407 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank<br>P O Box 30285<br>Salt Lake City UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte NC 28272-1083 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corp.<br>Attn: Ramesh Singh<br>25 SE 2nd Ave #1120<br>Miami, FL 33131-1605 | Charles Sonie M D<br>P O Box 1214<br>Alamo CA 94507-7214 |
| Chase Bank<br>P O Box 94014<br>Palatine IL 60094-4014 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas TX 75374-0933 |

| | | |
|---|---|---|
| Chase Card Services<br>P O Box 15298<br>Wilmington DE 19850-5298 | CitiBank<br>P O Box 6410<br>The Lakes NV 88901-6410 | Citicards<br>P O Box 6000<br>The Lakes NV 89163-0001 |
| David Paul Cusick<br>1006 4th St 10th Fl<br>Sacramento, CA 95814-3326 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason OH 45040-8053 | Marc Lincoln Depew<br>753 Dynasty Dr<br>Fairfield, CA 94534-6617 |
| Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | FAMS<br>P O Box 451409<br>Atlanta GA 31145-9409 |
| Financial Asset Management Systems<br>P O Box 451409<br>Atlanta GA 31145-9409 | First Pacific Credit Union<br>536 Santa Clara St<br>Vallejo CA 94590-5923 | First Pacific Credit Union<br>P O Box 1552<br>Vallejo CA 94590-0654 |
| Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>Bankruptcy Unit<br>P O Box 2952<br>Sacramento CA 95812-2952 | GM Business Card<br>P O Box 15298<br>Wilmington DE 19850-5298 |
| GM Card Member Services<br>P O Box 60119<br>City Of Industry CA 91716-0119 | GMAC<br>P O Box 380902<br>Minneapolis MN 55438-0902 | GMAC Inc<br>200 Renaissance Center<br>Detroit MI 48265-2000 |
| Thomas Holman<br>Sacramento Division<br>U.S. Bankruptcy Court<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814-7303 | Home Assurance Services<br>753 Dynasty Drive<br>Fairfield CA 94534-6617 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JPMorgan Chase Bank<br>CA Secretary of State Entity C0248426<br>Attn C T Corporation System<br>818 West Seventh St<br>Los Angeles CA 90017-3407 | JPMorgan Chase Bank N A<br>Attn JPMorgan Chase Legal Dept<br>300 S Grand Avenue 4th Floor<br>Los Angeles CA 90071-3109 | JPMorgan Chase Bank N A<br>FDIC Certificate 628<br>1111 Polaris Parkway<br>Columbus OH 43240-2031 |
| Jan P. Johnson<br>PO Box 1708<br>Sacramento, CA 95812-1708 | Kohl s<br>P O Box 3043<br>Milwaukee WI 53201-3043 | Kohls<br>P O Box 2983<br>Milwaukee WI 53201-2983 |
| Kohls<br>P O Box 30510<br>Los Angeles CA 90030-0510 | Erin L. Laney<br>4375 Jutland Dr #200<br>PO Box 17933<br>San Diego, CA 92177-7921 | Macy s<br>P O Box 8116<br>Monroe OH 45050 |

| | | |
|---|---|---|
| Macy s FDSB<br>9111 Duke Blvd<br>Mason OH 45040-8999 | Medicredit<br>P O Box 410917<br>Saint Louis MO 63141-0917 | NCO Financial Systems Inc<br>P O Box 15773<br>Wilmington DE 19850-5773 |
| Northbay Healthcare Group<br>P O Box 39000 Dept 05221<br>San Francisco CA 94139-0001 | Northland Group<br>7831 Glen Ray Road Ste 250<br>Minneapolis MN 55439-3132 | Northland Group Inc<br>P O Box 390846<br>Edina MN 55439-0846 |
| Office of the U.S. Trustee<br>Robert T Matsui United States Courthouse<br>501 I Street, Room 7-500<br>Sacramento, CA 95814-7304 | PNC Bank N A<br>249 Fifth Ave 1 PNC Plaza<br>Pittsburgh PA 15222 | PNC Bank N A<br>FDIC Certificate 6384<br>222 Delaware Avenue<br>Wilmington DE 19801-1621 |
| PNC Bank, National Association<br>c/o Erin Laney<br>4375 Jutland Dr #200<br>PO Box 17933<br>San Diego, CA 92177-7921 | PNC Bank, National Association<br>Pite Duncan, LLP<br>4375 Jutland Dr #200<br>PO Box 17933<br>San Diego CA 92177-7921 | PNC Inc<br>CA Secretary of State Entity C1568554<br>Attn Nancy Camarda<br>2533 Folex Way<br>Spring Valley CA 91978-2038 |
| PNC Mortgage<br>P O Box 18201<br>Dayton OH 45401-1820 | RAB Inc<br>P O Box 1022<br>Wixom MI 48393-1022 | Carrie Renee Spear-Depew<br>753 Dynasty Dr<br>Fairfield, CA 94534-6617 |
| Target<br>P O Box 59317<br>Minneapolis MN 55459-0317 | Target National Bank<br>c/o Weinstein and Riley, PS<br>2001 Western Ave #400<br>Seattle WA 98121-3132 | U S Attorney<br>for Internal Revenue Service<br>501 I Street<br>Sacramento CA 95814-7300 |
| U S D O J - Office of the U S Trustee<br>Eastern District of CA Sacramento<br>Robert T Matsui U S Courthouse<br>501 I St 7th Floor Room 7-500<br>Sacramento CA 95814-7304 | U S Dept of Justice IRS<br>Civil Trial Sect West Region<br>Ben Franklin Station - P O Box 683<br>Washington DC 20044-0683 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Advanta<br>P O Box 8088<br>Philadelphia PA 19101 | (d)Advanta Bank Corp<br>Attention Collection Services<br>P O Box 844<br>Spring House PA 19477-0844 | Capital One<br>P O Box 5155<br>Norcross GA 30091 |
| Discover Financial Services<br>P O Box 30943<br>Salt Lake City UT 84130-0943 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P O Box 21126<br>Philadelphia PA 19114-0326 | |

Filed 01/10/11     Case 10-46657     Doc 31

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Discover Financial Services LLC
P O Box 3025
New Albany OH 43054-3025

(d)Target National Bank
c/o Weinstein and Riley, PS
2001 Western Ave #400
Seattle, WA 98121-3132

End of Label Matrix
Mailable recipients   79
Bypassed recipients   2
Total   81