Filed 06/20/11                    Case 10-46657                    Doc 46

②

| | |
|---|---|
| 1 | CUSICK & CRODDY, LLP |
| | David P. Cusick, CSBN 160467 |
| 2 | Michael D. Croddy, CSBN 198489 |
| | 1006 – 4th Street, 10th Floor |
| 3 | Sacramento, CA 95814 |
| | (916) 444–2248    phone |
| 4 | (916) 444–7926    facsimile |
| | notice@bk-help.com   E-mail |
| 5 | Attorneys for Debtors |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

Marc Depew, &

Carrie Depew.

               Debtors.

Soc. Sec. No.: XXX-XX-2847
Soc. Sec. No.: XXX-XX-6181

Case No.: 10-46657-B-13J
Chapter 13
Docket Control No.: CC-03

Judge: Thomas C. Holman
Date:  August 02, 2011
Time:  9:32 AM
Place: 501 "I" Street, 6th Floor
       Department B - Courtroom 32

**DEBTORS' DECLARATION IN SUPPORT OF DEBTORS' MOTION TO CONFIRM DEBTORS' SECOND AMENDED CHAPTER 13 PLAN**

TO THE UNITED STATES TRUSTEE, INTERIM U.S. TRUSTEE JAN P. JOHNSON, AND ALL OTHER PARTIES IN INTEREST:

We, Marc Depew and Carrie Depew, the Debtors herein, declare and state the following:

1) Our currently proposed chapter 13 plan provides for the following:

"$633 per month for 60 months.
This provides unsecured creditors 0 percent payment on their claims."

2) Our Second Amended chapter 13 plan provides for the following:

"$633 per month for 60 months.
This provides unsecured creditors 0 percent payment on their claims."

3) We propose the Second Amended chapter 13 plan for the following reasons:

We have decided to surrender our house through the bankruptcy. As a result, we have moved both mortgages to Class 3. We have begun looking for a place to rent and so far we have found several potential rentals: a place for $1,850 per month; a place for $1,700 per month; and a place for $1,800 per month. We are still looking



since we know that we will have to move sooner rather than later. However, for right now we are estimating our future rent at the $1,800 already listed on schedule J.

4) Our plan complies with the provisions of Title 11 of the United States Code;

5) We are current with any fee, charge, or payment required in this case;

6) We are proposing this plan in good faith and not by any means forbidden by law;

7) The value to distributed under this plan is not less than the amount that would be distributed if our estate were liquated under chapter 7;

8) Our plan provides for the secured creditor's retention of its lien and the payment of the present value of its secured claim, or the surrender of its collateral;

9) We are able to make all payments under the plan and are able to comply with the plan;

10) We filed our petition in good faith;

11) Domestic support obligations pursuant to 11 U.S.C. §1325(8) [If Any] are current in this case;

12) Federal, State, and local tax returns we are required to file pursuant to 11 U.S.C. §1325(9) [If Any] have been filed in this case.

We declare under the penalty of perjury under the laws of the United States of America that the following is true and correct based upon our knowledge, information and belief.

Dated: 6-16-11

_____
Marc Depew

Dated: 6/16/11

_____
Carrie Depew

In re: Depew

10-46657-B-13J

Debtors' Dec. in Support of Motion to Confirm
Debtors' Second Amended Chapter 13 Plan
Page 2 of 2   11 U.S.C. §1323 & LBR 9014-1(f)(1)