Filed 06/20/11 Case 10-46657 Doc 48

FILED
June 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003574643



```
 1  CUSICK & CRODDY, LLP
    David P. Cusick, CSBN 160467
 2  Michael D. Croddy, CSBN 198489
    1006 – 4th Street, 10th Floor
 3  Sacramento, CA 95814
    (916) 444–2248     phone
 4  (916) 444–7926     facsimile
    notice@bk-help.com  E-mail
 5  Attorneys for Debtors
 6
 7              UNITED STATES BANKRUPTCY COURT
                EASTERN DISTRICT OF CALIFORNIA
 8                   SACRAMENTO DIVISION
 9
10  In re:                          Case No.: 10-46657-B-13J
                                    Chapter 13
11  Marc Depew, &                   Docket Control No.: CC-03
12  Carrie Depew.                   Judge: Thomas C. Holman
                                    Date:  August 02, 2011
13              Debtors.            Time:  9:32 AM
                                    Place: 501 "I" Street, 6th Floor
14                                         Department B - Courtroom 32
15  Soc. Sec. No.: XXX-XX-2847      CERTIFICATE OF SERVICE
    Soc. Sec. No.: XXX-XX-6181
16
17       TO THE UNITED STATES TRUSTEE, INTERIM U.S. TRUSTEE JAN P. JOHNSON,
    AND ALL OTHER PARTIES IN INTEREST:
18       I am a citizen of the United States. I am over the age of eighteen (18) years. I am not a
    party to the above-referenced action. My business address is 1006 4th Street, 10th Floor,
19  Sacramento, CA 95814. On this date, June 20, 2011, I served the following documents on all
    parties on the service list:
20
21     1.  NOTICE OF HEARING ON DEBTORS' MOTION TO CONFIRM DEBTORS'
           SECOND AMENDED CHAPTER 13 PLAN;
22     2.  DEBTORS' MOTION TO CONFIRM DEBTORS' SECOND AMENDED
           CHAPTER 13 PLAN;
23     3.  DEBTORS' DECLARATION IN SUPPORT OF DEBTORS' MOTION TO
           CONFIRM DEBTORS' SECOND AMENDED CHAPTER 13 PLAN;
24     4.  DEBTORS' SECOND AMENDED CHAPTER 13 PLAN;
25     a.  [x] (BY MAIL) I caused each such envelope, with the name and address of each
           individual on the service list preprinted, with postage thereon fully prepaid, to be
26         placed in the United States Mail at Sacramento, California. I am readily familiar with
           the practice of Cusick & Croddy, LLP for collection and processing of
27         correspondence for mailing, said practice being that in the ordinary course of
           business, mail is deposited in the United States Postal Service the same day as it is
28         placed for collection.
```



1    The SERVICE LIST is as follows:

2    U.S.D.O.J - Office of the United States Trustee    Interim U.S. Trustee
       Eastern District / Sacramento Division    Jan P. Johnson
3    Robert T. Matsui United States Courthouse    P.O. Box 1708
       501 "I" Street, 7th Floor, Room 7-500    Sacramento, CA 95812-1708
4    Sacramento, CA 95814

5    Marc Depew & Carrie Depew
       753 Dynasty Drive
6    Fairfield, CA 94534

7    as well as the names and addresses of the parties on the following pages.

8    I declare under penalty of perjury under the laws of the United States of America that the

9    above is true and correct based upon my knowledge, information and belief.

10    Executed on __6/20/11__ at Sacramento, California.

12    _____
        Michael D. Croddy

14    Contested matters are governed by Fed. R. Bankr. P. 9014. Rule 9014(b) requires service be made in the manner provided in Rule 7004. Rule 7004(b)(3) requires service be made to the attention of an officer, managing or general agent or any other agent authorized by appointment or law to receive service of process. See Beneficial Cal., Inc. V. Villar (In re Villar), 317 B.R. 88, 94 (9th Cir. B.A.P. 2004). **Therefore, service is hereby made to the attention of an officer, managing or general agent or any other agent authorized by appointment or law to receive service of process.**

Label Matrix for local noticing
0972-2
Case 10-46657
Eastern District of California
Sacramento
Mon Jun 20 10:21:59 PDT 2011

(p)ADVANTA
700 DRESHER RD
HORSHAM PA 19044-2206

Ally Financial
PO Box 130424
Roseville, MN 55113-0004

American Express Bank, FSB
Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Bank of America
P O Box 15220
Wilmington DE 19886-5220

Bank of America N A
CA Secretary of State Entity C2551762
Attn C T Corporation System
818 West Seventh St
Los Angeles CA 90017-3407

Bank of the West
P O Box 4002
Concord CA 94524-4002

CR Evergreen, LLC
MS 550
PO Box 91121
Seattle WA 98111-9221

California State Board of Equalization
Account Analysis Control Section
P O Box 942879 MIC 29
Sacramento CA 94279-0029

Capital One Bank
P O Box 30285
Salt Lake City UT 84130-0285

2M Building Inc
753 Dynasty Drive
Fairfield CA 94534-6617

Advanta Bank Corporation
Resurgent Capital Services
PO Box 10368
Greenville SC 29603-0368

American Express
Box 0001
Los Angeles CA 90096-8000

American Ratings Corp
504 Redwood Blvd Ste 210
Ross CA 94957

Bank of America
P O Box 21846
Greensboro NC 27420-1846

Bank of the West
180 Montgomery Street 25th Floor
San Francisco CA 94104-4297

Bank of the West
P O Box 8050
Walnut Creek CA 94596-8050

Cal-Western Reconveyance Corp
525 East Main St
P O Box 22004
El Cajon CA 92022-9004

Capital One
1680 Capital One Drive
Mc Lean VA 22102-3407

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte NC 28272-1083

Acccunts Receivable Technologies
One Woodbridge Center Ste 410
Woodbridge NJ 07095-1151

Ally
P O Box 380902
Minneapolis MN 55438-0902

American Express
P O Box 981537
El Paso TX 79998-1537

B-Line, LLC
Attn: Steven Kane
PO Box 91121 Dept 550
Seattle, WA 98111-9221

Bank of America
Specialty Finance Inc
P O Box 21846
Greensboro NC 27420-1846

Bank of the West
Attn C T Corporation System
818 West Seventh Street
Los Angeles CA 90017-3407

CAPITAL RECOVERY IV, LLC
c/o Recovery Management Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Ave #1120
Miami, FL 33131-1605

California Employment Development Dept
Bankruptcy Special Procedures Group
P O Box 826900 MIC 92E
Sacramento CA 94280-0001

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Charles Sonie M D
P O Box 1214
Alamo CA 94507-7214

| | | |
|---|---|---|
| Chase Bank<br>P O Box 94014<br>Palatine IL 60094-4014 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Chase Bank USA, N.A.<br>c/o Creditors Bankruptcy Service<br>PO Box 740933<br>Dallas TX 75374-0933 |
| Chase Card Services<br>P O Box 15298<br>Wilmington DE 19850-5298 | CitiBank<br>P O Box 6410<br>The Lakes NV 88901-6410 | Citicards<br>P O Box 6000<br>The Lakes NV 89163-6000 |
| Creditone, LLC<br>PO Box 625<br>Metairie LA 70004-0625 | David Paul Cusick<br>1006 4th St 10th Fl<br>Sacramento, CA 95814-3326 | Department Stores National Bank/Macys<br>Bankruptcy Processing<br>PO Box 8053<br>Mason OH 45040-8053 |
| Marc Lincoln Depew<br>753 Dynasty Dr<br>Fairfield, CA 94534-6617 | Discover Bank<br>DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| (p)EMPLOYMENT DEVELOPMENT DEPARTMENT<br>STATE OF CALIFORNIA<br>BENEFIT OVERPAYMENT COLLECTION SECTION<br>MIC 91<br>PO BOX 826218<br>SACRAMENTO CA 94230-6218 | FAMS<br>P O Box 451409<br>Atlanta GA 31145-9409 | Financial Asset Management Systems<br>P O Box 451409<br>Atlanta GA 31145-9409 |
| First Pacific Credit Union<br>536 Santa Clara St<br>Vallejo CA 94590-5923 | First Pacific Credit Union<br>P O Box 1552<br>Vallejo CA 94590-0654 | Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board<br>Bankruptcy Unit<br>P O Box 2952<br>Sacramento CA 95812-2952 | GM Business Card<br>P O Box 15298<br>Wilmington DE 19850-5298 | GM Card Member Services<br>P O Box 60119<br>City Of Industry CA 91716-0119 |
| GMAC<br>P O Box 380902<br>Minneapolis MN 55438-0902 | GMAC Inc<br>200 Renaissance Center<br>Detroit MI 48265-2000 | Thomas Holman<br>Sacramento Division<br>U.S. Bankruptcy Court<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814-7303 |
| Home Assurance Services<br>753 Dynasty Drive<br>Fairfield CA 94534-6617 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| JPMorgan Chase Bank<br>CA Secretary of State Entity C0248426<br>Attn C T Corporation System<br>818 West Seventh St<br>Los Angeles CA 90017-3407 | JPMorgan Chase Bank N A<br>Attn JPMorgan Chase Legal Dept<br>300 S Grand Avenue 4th Floor<br>Los Angeles CA 90071-3109 | JPMorgan Chase Bank N A<br>FDIC Certificate 628<br>1111 Polaris Parkway<br>Columbus OH 43240-2031 |

Jan P. Johnson
PO Box 1708
Sacramento, CA 95812-1708

Kohl s
P O Box 3043
Milwaukee WI 53201-3043

Kohls
P O Box 2983
Milwaukee WI 53201-2983

Kohls
P O Box 30510
Los Angeles CA 90030-0510

Erin L. Laney
4375 Jutland Dr #200
PO Box 17933
San Diego, CA 92177-7921

Macy s
P O Box 8116
Monroe OH 45050

Macy s FDSB
9111 Duke Blvd
Mason OH 45040-8999

Medicredit
P O Box 410917
Saint Louis MO 63141-0917

NCO Financial Systems Inc
P O Box 15773
Wilmington DE 19850-5773

Northbay Healthcare Group
P O Box 39000 Dept 05221
San Francisco CA 94139-0001

Northland Group
7831 Glen Ray Road Ste 250
Minneapolis MN 55439-3132

Northland Group Inc
P O Box 390846
Edina MN 55439-0846

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814-7304

PNC Bank N A
249 Fifth Ave 1 PNC Plaza
Pittsburgh PA 15222

PNC Bank N A
FDIC Certificate 6384
222 Delaware Avenue
Wilmington DE 19801-1621

PNC Bank, National Association
c/o Erin Laney
4375 Jutland Dr #200
PO Box 17933
San Diego, CA 92177-7921

PNC Bank, National Association
Pite Duncan, LLP
4375 Jutland Dr #200
PO Box 17933
San Diego CA 92177-7921

PNC Inc
CA Secretary of State Entity C1568554
Attn Nancy Camarda
2533 Folex Way
Spring Valley CA 91978-2038

PNC Mortgage
P O Box 18201
Dayton OH 45401-1820

RAB Inc
P O Box 1022
Wixom MI 48393-1022

Carrie Renee Spear-Depew
753 Dynasty Dr
Fairfield, CA 94534-6617

Target
P O Box 59317
Minneapolis MN 55459-0317

Target National Bank
c/o Weinstein and Riley, PS
2001 Western Ave #400
Seattle WA 98121-3132

U S Attorney
for Internal Revenue Service
501 I Street
Sacramento CA 95814-7300

U S D O J - Office of the U S Trustee
Eastern District of CA Sacramento
Robert T Matsui U S Courthouse
501 I St 7th Floor Room 7-500
Sacramento CA 95814-7304

U S Dept of Justice IRS
Civil Trial Sect West Region
Ben Franklin Station - P O Box 683
Washington DC 20044-0683

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Advanta
P O Box 8088
Philadelphia PA 19101

(d)Advanta Bank Corp
Attention Collection Services
P O Box 844
Spring House PA 19477-0844

Capital One
P O Box 5155
Norcross GA 30091

Discover Financial Services
P O Box 30943
Salt Lake City UT 84130-0943

Employment Development Department
Bankruptcy Group, MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Internal Revenue Service
Centralized Insolvency Operations
P O Box 21126
Philadelphia PA 19114-0326


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Discover Financial Services LLC
P O Box 3025
New Albany OH 43054-3025

(d)Target National Bank
c/o Weinstein and Riley, PS
2001 Western Ave #400
Seattle, WA 98121-3132

End of Label Matrix
Mailable recipients   86
Bypassed recipients    2
Total                 88