2010-46657
FILED
September 06, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003702050

(2)

1  CUSICK & CRODDY, LLP
   David P. Cusick, CSBN 160467
2  Michael D. Croddy, CSBN 198489
   1006 – 4th Street, 10th Floor
3  Sacramento, CA 95814
   (916) 444–2248     phone
4  (916) 444–7926     facsimile
   notice@bk-help.com  E-mail
5  Attorneys for Debtors

6

7            UNITED STATES BANKRUPTCY COURT
               EASTERN DISTRICT OF CALIFORNIA
8                   SACRAMENTO DIVISION

9

10  In re:                              Case No.: 10-46657-B-13J
                                        Chapter 13
11  Marc Depew, &                       Docket Control No.: CC-03

12  Carrie Depew.                       Judge: Thomas C. Holman
                                        Date:  August 02, 2011
13               Debtors.               Time:  9:32 AM
                                        Place: 501 "I" Street, 6th Floor
14                                              Department B - Courtroom 32

15                                      ORDER CONFIRMING DEBTORS'
                                        SECOND AMENDED CHAPTER 13
16  Soc. Sec. No.: XXX-XX-2847          PLAN
    Soc. Sec. No.: XXX-XX-6181
17

18

19       Upon consideration of the pleadings, evidence presented, oral arguments, good cause

20  appearing, and the court finding that Debtors' Second Amended Chapter 13 Plan filed on June

21  20, 2011 complies with 11 U.S.C. §§ 1322(a) & (b), 1323(c), 1325(a), and 1329:

22       **IT IS ORDERED**, that Debtors' Second Amended Chapter 13 Plan filed on June 20,

23  2011 is confirmed.

24       **IT IS FURTHER ORDERED THAT:**

25    1. The debtors shall immediately notify, in writing, the Clerk of the United States

26       Bankruptcy Court and the trustee of any change in the debtors' address;

27    2. The debtors shall immediately notify the trustee in writing of any termination,

28       reduction of, or other change in the employment of the debtors; and

RECEIVED
August 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003702050

3. The debtors shall appear in court whenever notified to do so by the court.

**IT IS FURTHER ORDERED THAT,** the attorney's fees for the debtors' attorney in the full amount of $5,000.00 are approved, $3,500.00 of which was paid prior to the filing of the petition. The balance of $1,500.00 , provided that the attorney and the debtor have executed and filed a Rights & Responsibilities of Chapter 13 Debtors and Their Attorneys, shall be paid by the trustee from the plan payments a the rate specified in the Guidelines for Payment of Attorneys' Fees in Chapter 13 Cases. Attorney may apply for additional fees should the actual fees exceed the amount approved herein.

**IT IS FURTHER ORDERED THAT,** pursuant to 11 U.S.C. §1323, the plan is amended as follows: N/A

Dated: _AUG 15, 11_

Approved as to form by
Chapter 13 Trustee

Dated: _____            BY THE COURT

Dated: September 06, 2011

Thomas C. Holman
United States Bankruptcy Judge

In re: Depew

10-46657-B-13J

Order to Confirm
Debtors' Second Amended Chapter 13 Plan
Page 2 of 2     11 U.S.C. § 1323 & LBR 9014–1(f)(1)