FILED
September 27, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003795010

Doc 51

22

Jan P. Johnson
Chapter 13 Trustee
P.O. Box 1708
Sacramento, CA 95812-1708
(916) 492-8001

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

Re:

| | | |
|---|---|---|
| MARC LINCOLN DEPEW, | ) | CASE NO. 10-46657 B13 |
| | ) | |
| | ) | |
| CARRIE RENEE | ) | **NOTICE OF FILED CLAIMS** |
| SPEARS-DEPEW | ) | |
| | ) | |
| Debtor(s) | ) | |

In accordance with the General Order No. 05-03, dated October 28, 2005, Jan P. Johnson, Chapter 13 Trustee has compiled a list of filed claims in the above referenced case. The following information regarding claim objections and plan modifications is from Paragraph 6 of the General Order.

(a) Prior to the expiration of the deadline to object to proofs of claims (see subparagraph (c) below), the Trustee shall pay claims as specified in the confirmed chapter 13 plan unless the Trustee is served with an objection to a claim which is set for hearing within 60 calendar days of its service. Until the objection is adjudicated or settled, the Trustee shall cease paying dividends on account of the objectionable claim. If the objection is overruled, at the request of the claimant or the Trustee, the court may make provision for payment of any dividends not paid while the objection was pending.

(b) The Notice of Filed Claims shall be filed and served by the Trustee upon the debtor and the debtor's attorney, if any, no later than the longer of 250 calendar days after the order for relief or 180 calendar days after plan confirmation.

10-46657 B13

(c) Objections to claims shall be filed and served no later than 60 calendar days after service of the Notice of Filed Claims. The debtor shall set a hearing on any objection pursuant to Local Bankruptcy Rule 3007-1(d)(1) or (d)(2) on the earliest available court date.

(d) Nothing herein shall prevent the debtor, the Trustee, or any other party in interest from objecting to a proof of claim after the expiration of the deadline for objections specified in subparagraph (c) above. However, any objection filed after the expiration of that deadline shall not, if sustained, result in any order that the claimant refund amounts paid on account of its claim.

(e) If a creditor fails to file a proof of claim within the time required by FRBP 3002(c) or section 502, the debtor or the Trustee may file a proof of claim on behalf of the creditor pursuant to FRBP 3004. The time for the filing of such a claim is extended to 60 calendar days after service on the debtor or his counsel of the Notice of Filed Claims.

(f) If the Notice of Filed Claims includes allowed claims which are not provided for in the chapter 13 plan, or which will prevent the chapter 13 plan from being completed timely, the debtor shall file a motion to modify the chapter 13 plan, along with any valuation and section 522(f) motions not previously filed, in order to reconcile the chapter 13 plan and the filed claims with the requirements of the Bankruptcy Code. These motions shall be filed and served no later than 90 calendar days after service by the Trustee of the Notice of Filed Claims and set for hearing by the debtor on the earliest available court date.

(g) Nothing herein shall prevent the debtor, the Trustee, or the holder of an allowed unsecured claim from requesting plan modifications at other times.

(h) If the court enters an order valuing a creditor's collateral and the creditor has filed or later files a proof of a secured claim in an amount greater than the value established for the collateral, the allowed secured claim shall be the value of the collateral determined by the court. It is unnecessary for the

Trustee or the debtor to file a claim objection in addition
to the motion valuing the collateral. If the creditor has
filed or later files a proof of a secured claim in an
amount less than the value established for the collateral,
the allowed secured claim shall be the amount claimed by
the creditor.

(i) If the court enters an order avoiding the judicial lien or
nonpossessory, nonpurchase money security interest of a
creditor and the creditor has filed or later files proof of
a secured claim which identifies as security only the
avoided lien or security interest, the claim shall be
allowed as a general unsecured claim. It is unnecessary for
the Trustee or the debtor to file a claim objection in
addition to the lien avoidance motion.

Claim information provided is based on the last day to file
claims pursuant to Bankruptcy Rule 3002 and the deadline for
government units having passed.

| | |
|---|---|
| Petition filing date or conversion date | 10/06/2010 |
| Initial 341 date | 11/18/2010 |
| Confirmation date | 09/06/2011 |
| Claims bar date | **02/16/2011** |
| Government claims bar date | **04/04/2011** |
| Deadline to object to or file claims for | 11/26/2011 |
| Deadline to modify plan per filed claims | 12/26/2011 |

The dates above are provided for the convenience of the
parties. The Trustee's office shall not be liable for any
mistakes or omissions with respect to said dates. Debtor(s) or
Debtor's attorney should review the court file and calculate the
relevant dates for purposes of determining timely filed claims,
objections to claims or motions to modify as required by the
Rules of Bankruptcy Procedure and/or Local Rules, and the
General Order governing Chapter 13 matters.

The following report contains information regarding filed claims and their treatment through the Chapter 13 Plan. Information is characterized as follows:

| | |
|---|---|
| Scheduled | Amount of the debt scheduled in the petition |
| Filed | Amount of the debt according to the filed claim |
| Provided for | Amount of the claim provided in the plan |
| Not Provided for | Amount of the filed claim not treated in the plan |
| % to Pay | Amount based on Plan estimates and may vary |

Any amounts appearing in "Not Provided for" will not be paid by the Trustee's office unless the plan is modified. A "Not Provided for" amount may not be subject to discharge.

All claims are reported in the full amount of the filed claim. Unsecured claims are paid at the percentage approved in the confirmed plan, which may be less than the reported amount of the claim.

```
     All scheduled debts are included in the following report. If a
scheduled creditor has not filed a claim, it is indicated by the
phrase "NO CLAIM FILED ON BEHALF OF THIS CREDITOR". If the plan
provides for a debt to be paid directly by Debtor(s), it is
indicated by the phrase "PLAN PROVIDES FOR PAYMENT OF THIS CLAIM
OUTSIDE THE PLAN". If the plan provides for the surrender of
collateral to a creditor, it is indicated by the phrase "PLAN
PROVIDES FOR THE SURRENDER OF COLLATERAL TO CREDITOR".
```

Dated:  9/27/2011

/s/ Jan P. Johnson
_____
Jan P. Johnson
Chapter 13  Trustee

10-46657 B13

**Claim No: 1**
2M BUILDING INC
753 DYNASTY DRIVE
FAIRFIELD, CA 94534

Class: UNSECURED - (L)

Scheduled: $1.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:      Note:

**Claim No: 2**
ACCOUNTS RECEIVABLE
TECHNOLOGIES
ONE WOODBRIDGE CENTER STE 410
WOODBRIDGE, NJ 07095

Class: 341 NOTICE ONLY

Scheduled: $0.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:      Note:      GMAC

**Claim No: 3**
ADVANTA
P O BOX 8088
PHILADELPHIA, PA 19101

Class: 341 NOTICE ONLY

Scheduled: $0.00
Filed: NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:      Note:      ADVANTA BANK CORP

**Claim No: 5**
ALLY FINANCIAL
P O BOX 78367
PHOENIX, AZ 85062

Class: SECURED - AUTO

| | | | |
|---|---|---|---|
| Scheduled: | $13,443.56 | Date Filed: | 11/13/2010 |
| Filed: | $13,488.54 | Value: | $0.00 |
| Provided for: | $13,488.54 | % to Pay: | 100.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 4.25 |
| | | Note: | A/P 07 SILVERADO |

10-46657 B13

| 1 | **Claim No: 37** | ALLY FINANCIAL | | |
| 2 | | P O BOX 78367 | | |
| | | PHOENIX, AZ 85062 | | |
| 3 | | | Class: | UNSECURED - (L) |
| 4 | Scheduled: | $6,240.62 | Date Filed: | 11/23/2010 |
| | Filed: | $6,240.62 | Value: | $0.00 |
| 5 | Provided for: | $6,240.62 | % to Pay: | 0.00 |
| | Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| 6 | | | Note: | GMAC |

| 7 | **Claim No: 65** | ALLY FINANCIAL | | |
| 8 | | P O BOX 78367 | | |
| | | PHOENIX, AZ 85062 | | |
| 9 | | | Class: | SECURED - AUTO |
| 10 | Scheduled: | $11,553.81 | Date Filed: | 12/07/2010 |
| 11 | Filed: | $11,553.81 | Value: | $0.00 |
| | Provided for: | $11,553.81 | % to Pay: | 100.00 |
| 12 | Not Provided for: | **$0.00** | Interest Rate: | 4.25 |
| | | | Note: | +A/P 06 SILVERADO |
| 13 | | | | |

| 14 | **Claim No: 1105** | ALLY FINANCIAL | | |
| 15 | | P O BOX 130424 | | |
| | | ROSEVILLE, MN 55113 | | |
| 16 | | | Class: | SPECIAL NOTICE |
| 17 | | | Note: | |
| 18 | | | | |

| 19 | **Claim No: 6** | American Express | | |
| 20 | | Box 0001 | | |
| | | Los Angeles, CA 90096 | | |
| 21 | | | Class: | 341 NOTICE ONLY |
| 22 | Scheduled: | $0.00 | | |
| | Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| 23 | Provided for: | | | |
| 24 | Not Provided for: | | Note: | AMERICAN EXPRESS |
| 25 | | | | |
| 26 | | | | |
| 27 | | | | |
| 28 | | | | |

10-46657 B13

| | | | |
|---|---|---|---|
| 1 | **Claim No: 8** | AMERICAN RATINGS CORP | |
| 2 | | 504 REDWOOD BLVD STE 210 | |
| | | ROSS, CA 94957 | |
| 3 | | | Class:   UNSECURED - (L) |

Scheduled:   $4,610.00
Filed:   NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                                   Note:

**Claim No: 1102**     B-LINE LLC
P O BOX 91121
MS 550
SEATTLE, WA 98111-9221                     Class:   SPECIAL NOTICE

Note:

**Claim No: 9**     BANK OF AMERICA
P O BOX 15220
WILMINGTON, DE 19886                     Class:   UNSECURED - (L)

Scheduled:   $48,732.08
Filed:   NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                                   Note:

**Claim No: 10**     BANK OF AMERICA
P O BOX 21846
GREENSBORO, NC 27410                     Class:   341 NOTICE ONLY

Scheduled:   $0.00
Filed:   NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                        Note:       BANK OF AMERICA

**Claim No: 11**     BANK OF AMERICA
SPECIALTY FINANCE INC
P O BOX 21846
GREENSBORO, NC 27410                     Class:   341 NOTICE ONLY

Scheduled:   $0.00
Filed:   NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                        Note:       BANK OF AMERICA

10-46657 B13

**Claim No: 12**              BANK OF AMERICA N A
CA SECRETARY OF STATE ENTITY
C2551762
ATTN C T CORPORATION SYSTEM       Class:   341 NOTICE ONLY
818 WEST SEVENTH ST

Scheduled:     $0.00
Filed:           NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                      Note:       BANK OF AMERICA

**Claim No: 13**              BANK OF THE WEST
180 MONTGOMERY STREET 25TH FLOOR
SAN FRANCISCO, CA 94104
                                          Class:   341 NOTICE ONLY

Scheduled:     $0.00
Filed:           NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                      Note:       BANK OF THE WEST

**Claim No: 14**              BANK OF THE WEST
ATTN C T CORPORATION SYSTEM
818 WEST SEVENTH STREET
LOS ANGELES, CA 90017        Class:   341 NOTICE ONLY

Scheduled:     $0.00
Filed:           NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                      Note:       BANK OF THE WEST

**Claim No: 15**              Bank of the West
P O Box 4002
Concord, CA 94524
                                          Class:   341 NOTICE ONLY

Scheduled:     $0.00
Filed:           NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                      Note:       BANK OF THE WEST

10-46657 B13

| | |
|---|---|
| 1 | **Claim No: 16**        BANK OF THE WEST |
| 2 | P O BOX 8050 |
| | WALNUT CREEK, CA 94597 |

Claim No: 16          BANK OF THE WEST
                      P O BOX 8050
                      WALNUT CREEK, CA 94597
                                                    Class:    UNSECURED - (L)

Scheduled:      $25,033.58
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:        DEF BAL


Claim No: 7           BECKET & LEE LLP
                      P O BOX 3001
                      AMERICAN EXPRESS
                      MALVERN, PA 19355
                                                    Class:    UNSECURED - (L)

Scheduled:      $5,350.00          Date Filed:    02/09/2011
Filed:          $5,350.00          Value:         $0.00
Provided for:   $5,350.00          % to Pay:      0.00
Not Provided for:  **$0.00**       Interest Rate: 0.00
                                   Note:          AMEX


Claim No: 17          CAL-WESTERN RECONVEYANCE CORP
                      525 EAST MAIN ST
                      P O BOX 22004
                      EL CAJON, CA 92022-9004
                                                    Class:    341 NOTICE ONLY

Scheduled:      $0.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:        PNC MORTGAGE


Claim No: 18          California Employment Development Dept
                      Bankruptcy Special Procedures Group
                      P O Box 826900 MIC 92E
                      Sacramento, CA 94280
                                                    Class:    PRIORITY - (J)

Scheduled:      $1.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

10-46657 B13

| | | |
|---|---|---|
| 1 | **Claim No: 19** | California State Board of Equalization |
| 2 | | Account Analysis Control Section |
| | | P O Box 942879 MIC 29 |
| 3 | | Sacramento, CA 94279     Class:   PRIORITY - (J) |

Scheduled:    $1.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                Note:

**Claim No: 20**        CAPITAL ONE
                        1680 CAPITAL ONE DRIVE
                        MC LEAN, VA 22102      Class:    341 NOTICE ONLY

Scheduled:    $0.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                Note:       CAPITAL ONE BANK

**Claim No: 21**        CAPITAL ONE
                        P O BOX 5155
                        NORCROSS, GA 30091     Class:    341 NOTICE ONLY

Scheduled:    $0.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                Note:       CAPITAL ONE BANK

**Claim No: 22**        CAPITAL ONE BANK N A
                        P O BOX 71083
                        CHARLOTTE, NC 28272-1083    Class:    UNSECURED - (L)

| | | |
|---|---|---|
| Scheduled: | $6,917.12 | Date Filed:   12/06/2010 |
| Filed: | $6,917.12 | Value:         $0.00 |
| Provided for: | $6,917.12 | % to Pay:     0.00 |
| Not Provided for: | **$0.00** | Interest Rate:    0.00 |
| | | Note: |

10-46657 B13

**Claim No: 23**    CHARLES SONIE M D
P O BOX 1214
ALAMO, CA 94507

Class:   UNSECURED - (L)

| | |
|---|---|
| Scheduled: | $1,197.29 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note: |

**Claim No: 24**    CHASE BANK
P O BOX 94014
PALATINE, IL 60094-4014

Class:   341 NOTICE ONLY

| | |
|---|---|
| Scheduled: | $0.00 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note:    CHASE CARD SERVICES |

**Claim No: 26**    CITIBANK
P O BOX 6410
THE LAKES, NV 88901-6410

Class:   341 NOTICE ONLY

| | |
|---|---|
| Scheduled: | $0.00 |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. |
| Provided for: | |
| Not Provided for: | Note:    CITICARDS |

**Claim No: 25**    CR EVERGREEN LLC
P O BOX 91121
MS 550
SEATTLE, WA 98111-9221

Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $8,406.00 | Date Filed: | 11/13/2010 |
| Filed: | $8,406.86 | Value: | $0.00 |
| Provided for: | $8,406.86 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | @/CHASE |

10-46657 B13

**Claim No: 66**　　　CR EVERGREEN LLC
　　　　　　　　　　P O BOX 91121
　　　　　　　　　　MS 550
　　　　　　　　　　SEATTLE, WA 98111-9221　　　　Class:　UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $14,969.26 | Date Filed: | 11/13/2010 |
| Filed: | $14,969.26 | Value: | $0.00 |
| Provided for: | $14,969.26 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | @/CHASE |

**Claim No: 68**　　　CREDITONE LLC
　　　　　　　　　　P O BOX 625
　　　　　　　　　　METAIRIE, LA 70004　　　　　Class:　UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $0.00 | Date Filed: | 02/11/2011 |
| Filed: | $25,989.48 | Value: | $0.00 |
| Provided for: | $25,989.48 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | CHASE |

**Claim No: 44**　　　CREDITORS BANKRUPTCY SERVICE
　　　　　　　　　　P O BOX 740933
　　　　　　　　　　DALLAS, TX 75374　　　　　　Class:　UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $368.22 | Date Filed: | 11/29/2010 |
| Filed: | $368.22 | Value: | $0.00 |
| Provided for: | $368.22 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | KOHLS |

**Claim No: 64**　　　David Paul Cusick
　　　　　　　　　　1006 4th St 10th Fl
　　　　　　　　　　Sacramento, CA 95814　　　　　Class:　341 NOTICE ONLY

| | | | |
|---|---|---|---|
| Scheduled: | $0.00 | | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | |

10-46657 B13

| | | |
|---|---|---|
| **Claim No: 1103** | DEPT STORES NATIONAL BANK MACYS | |
| | P O BOX 8053 | |
| | BANKRUPTCY PROCESSING | |
| | MASON, OH 45040 | Class:   SPECIAL NOTICE |

Note:

| | | |
|---|---|---|
| **Claim No: 28** | DFS SERVICES LLC | |
| | P O BOX 3025 | |
| | NEW ALBANY, OH 43054-3025 | Class:   UNSECURED - (L) |

| | | | |
|---|---|---|---|
| Scheduled: | $1,855.05 | Date Filed: | 10/25/2010 |
| Filed: | $1,855.05 | Value: | $0.00 |
| Provided for: | $1,855.05 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | DISCOVER |

| | | |
|---|---|---|
| **Claim No: 29** | Discover Financial Services LLC | |
| | P O Box 3025 | |
| | New Albany, OH 43054-3025 | Class:   341 NOTICE ONLY |

| | | |
|---|---|---|
| Scheduled: | $0.00 | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | |
| Provided for: | | |
| Not Provided for: | | Note:   DISCOVER FINANCIAL SERVICES |

| | | |
|---|---|---|
| **Claim No: 27** | ECAST SETTLEMENT CORPORATION | |
| | P O BOX 29262 | |
| | NEW YORK, NY 10087-9262 | Class:   UNSECURED - (L) |

| | | | |
|---|---|---|---|
| Scheduled: | $150.00 | Date Filed: | 01/14/2011 |
| Filed: | $110.75 | Value: | $0.00 |
| Provided for: | $110.75 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | CITIBANK |

10-46657 B13

| | | |
|---|---|---|
| **Claim No: 30** | FAMS | |
| | P O BOX 451409 | |
| | ATLANTA, GA 31145 | |
| | | Class:    341 NOTICE ONLY |

Scheduled:      $0.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:          CHASE CARD SERVICES

| | | |
|---|---|---|
| **Claim No: 31** | FINANCIAL ASSET MANAGEMENT | |
| | SYSTEMS | |
| | P O BOX 451409 | |
| | ATLANTA, GA 31145-9409 | |
| | | Class:    341 NOTICE ONLY |

Scheduled:      $0.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:          CHASE CARD SERVICES

| | | |
|---|---|---|
| **Claim No: 32** | FIRST PACIFIC CREDIT UNION | |
| | 536 SANTA CLARA ST | |
| | VALLEJO, CA 94590 | |
| | | Class:    341 NOTICE ONLY |

Scheduled:      $0.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:          FIRST PACIFIC CREDIT UNION

| | | |
|---|---|---|
| **Claim No: 33** | FIRST PACIFIC CREDIT UNION | |
| | P O BOX 1552 | |
| | VALLEJO, CA 94590 | |
| | | Class:    UNSECURED - (L) |

Scheduled:      PLAN PROVIDES FOR THE SURRENDER OF COLLATERAL TO CREDITOR.
Filed:
Provided for:
Not Provided for:                          Note:          +/2DT/UNSEC PER ORD

10-46657 B13

| | | |
|---|---|---|
| **Claim No: 34** | Franchise Tax Board | |
| | Bankruptcy Unit | |
| | P O Box 2952 | |
| | Sacramento, CA 95812-2952 | Class:    PRIORITY - (J) |

Scheduled:      $1.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

| | | |
|---|---|---|
| **Claim No: 35** | GM BUSINESS CARD | |
| | P O BOX 15298 | |
| | WILMINGTON, DE 19850 | Class:    UNSECURED - (L) |

Scheduled:      $1.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:

| | | |
|---|---|---|
| **Claim No: 36** | GM CARD MEMBER SERVICES | |
| | P O BOX 60119 | |
| | CITY OF INDUSTRY, CA 91716 | Class:    341 NOTICE ONLY |

Scheduled:      $0.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:        GM BUSINESS CARD

| | | |
|---|---|---|
| **Claim No: 38** | GMAC INC | |
| | 200 RENAISSANCE CENTER | |
| | DETROIT, MI 48265-2000 | Class:    341 NOTICE ONLY |

Scheduled:      $0.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                          Note:        GMAC

10-46657 B13

**Claim No: 39**       HOME ASSURANCE SERVICES
                       753 DYNASTY DRIVE
                       FAIRFIELD, CA 94534
                                                        Class:   UNSECURED - (L)

Scheduled:      $1.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                        Note:

**Claim No: 40**       INTERNAL REVENUE SERVICE
                       P O BOX 7317
                       PHILADELPHIA, PA 19101-7317
                                                        Class:   PRIORITY - (J)

| | | | |
|---|---|---|---|
| Scheduled: | $1.00 | Date Filed: | 02/22/2011 |
| Filed: | $0.00 | Value: | $0.00 |
| Provided for: | $0.00 | % to Pay: | 100.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | +*08-10/WITHDRAWN |

**Claim No: 41**       JPMORGAN CHASE BANK
                       CA SECRETARY OF STATE ENTITY
                       C0248426
                       ATTN C T CORPORATION SYSTEM        Class:   341 NOTICE ONLY
                       818 WEST SEVENTH ST

Scheduled:      $0.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                        Note:        CHASE CARD SERVICES

**Claim No: 42**       JPMORGAN CHASE BANK N A
                       ATTN JPMORGAN CHASE LEGAL DEPT
                       300 S GRAND AVENUE 4TH FLOOR
                       LOS ANGELES, CA 90071              Class:   341 NOTICE ONLY

Scheduled:      $0.00
Filed:          NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                        Note:        CHASE CARD SERVICES

10-46657 B13

| | | |
|---|---|---|
| 1 | **Claim No: 43** | JPMORGAN CHASE BANK N A |
| 2 | | FDIC CERTIFICATE 628 |
| | | 1111 POLARIS PARKWAY |
| 3 | | COLUMBUS, OH 43240　　　　Class:　341 NOTICE ONLY |

4　　　　Scheduled:　$0.00
5　　　　Filed:　NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
　　　　Provided for:
6　　　　Not Provided for:　　　　　　Note:　　CHASE CARD SERVICES

8　　**Claim No: 45**　　KOHLS
　　　　　　　　　　P O BOX 2983
9　　　　　　　　　MILWAUKEE, WI 53201-2983
　　　　　　　　　　　　　　　　　　Class:　341 NOTICE ONLY

11　　　　Scheduled:　$0.00
12　　　　Filed:　NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
　　　　Provided for:
13　　　　Not Provided for:　　　　　　Note:　　KOHLS

14　　**Claim No: 46**　　KOHLS
15　　　　　　　　　P O BOX 30510
　　　　　　　　　LOS ANGELES, CA 90030
16　　　　　　　　　　　　　　　　Class:　341 NOTICE ONLY

17　　　　Scheduled:　$0.00
18　　　　Filed:　NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
　　　　Provided for:
19　　　　Not Provided for:　　　　　　Note:　　KOHLS

21　　**Claim No: 48**　　Macy s FDSB
22　　　　　　　　　9111 Duke Blvd
　　　　　　　　　Mason, OH 45040
23　　　　　　　　　　　　　　　　Class:　341 NOTICE ONLY

24　　　　Scheduled:　$0.00
25　　　　Filed:　NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
　　　　Provided for:
26　　　　Not Provided for:　　　　　　Note:　　MACYS

10-46657 B13

**Claim No: 49**    MEDICREDIT
P O BOX 410917
SAINT LOUIS, MO 63141

Class:   341 NOTICE ONLY

| | | | |
|---|---|---|---|
| Scheduled: | $0.00 | | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | NORTHBAY HEALTHCARE GRP |

**Claim No: 47**    NCO FINANCIAL SYSTEMS INC
P O BOX 4275
NORCROSS, GA 30091

Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $1,194.25 | Date Filed: | 10/25/2010 |
| Filed: | $1,194.25 | Value: | $0.00 |
| Provided for: | $1,194.25 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | MACYS |

**Claim No: 50**    NCO FINANCIAL SYSTEMS INC
P O BOX 15773
WILMINGTON, DE 19850-5773

Class:   341 NOTICE ONLY

| | | | |
|---|---|---|---|
| Scheduled: | $0.00 | | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | AMERICAN EXPRESS |

**Claim No: 51**    NorthBay Healthcare Group
P O Box 39000 Dept 05221
San Francisco, CA 94139

Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $300.95 | | |
| Filed: | NO CLAIM FILED ON BEHALF OF THIS CREDITOR. | | |
| Provided for: | | | |
| Not Provided for: | | Note: | |

10-46657 B13

| | |
|---|---|
| 1 | **Claim No: 67**　　　NorthBay Healthcare Group |
| 2 | 　　　　　　　　　　　　P O Box 39000 Dept 05221 |
|   | 　　　　　　　　　　　　San Francisco, CA 94139 |
|   | 　　　　　　　　　　　　　　　　　　　　Class:　UNSECURED - (L) |
| 3 | |

Scheduled:　　$145.17
Filed:　　　　　NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:　　　　　　　　　　　　　Note:

---

**Claim No: 52**　　　NORTHLAND GROUP
　　　　　　　　　　　　7831 GLEN RAY ROAD STE 250
　　　　　　　　　　　　MINNEAPOLIS, MN 55439
　　　　　　　　　　　　　　　　　　　　Class:　341 NOTICE ONLY

Scheduled:　　$0.00
Filed:　　　　　NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:　　　　　　　　　　　　　Note:　　　MACYS

---

**Claim No: 53**　　　Northland Group Inc
　　　　　　　　　　　　P O Box 390846
　　　　　　　　　　　　Edina, MN 55439
　　　　　　　　　　　　　　　　　　　　Class:　341 NOTICE ONLY

Scheduled:　　$0.00
Filed:　　　　　NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:　　　　　　　　　　　　　Note:　　　MACYS

---

**Claim No: 1100**　　PITE DUNCAN LLP
　　　　　　　　　　　　4375 JUTLAND DR
　　　　　　　　　　　　STE 200
　　　　　　　　　　　　PO BOX 17933　　　　Class:　SPECIAL NOTICE
　　　　　　　　　　　　SAN DIEGO, CA 92177

　　　　　　　　　　　　　　　　　　　　Note:　　　PNC BANK

10-46657 B13

| | |
|---|---|
| **Claim No: 54** | PNC BANK N A |
| | 249 FIFTH AVE 1 PNC PLAZA |
| | PITTSBURGH, PA 15222 |
| | Class:   341 NOTICE ONLY |

Scheduled:     $0.00
Filed:     NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:          Note:          PNC MORTGAGE

| | |
|---|---|
| **Claim No: 55** | PNC BANK N A |
| | FDIC CERTIFICATE 6384 |
| | 222 DELAWARE AVENUE |
| | WILMINGTON, DE 19899 |
| | Class:   341 NOTICE ONLY |

Scheduled:     $0.00
Filed:     NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:          Note:          PNC MORTGAGE

| | |
|---|---|
| **Claim No: 56** | PNC INC |
| | CA SECRETARY OF STATE ENTITY |
| | C1568554 |
| | ATTN NANCY CAMARDA |
| | 2533 FOLEX WAY |
| | Class:   341 NOTICE ONLY |

Scheduled:     $0.00
Filed:     NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:          Note:          PNC MORTGAGE

| | |
|---|---|
| **Claim No: 57** | PNC MORTGAGE |
| | 3232 NEWMARK DR |
| | BANKRUPTCY DEPARTMENT |
| | MIAMISBURG, OH 45342 |
| | Class:   SECURED |

Scheduled:     PLAN PROVIDES FOR THE SURRENDER OF COLLATERAL TO CREDITOR.
Filed:
Provided for:
Not Provided for:          Note:          +1DT

10-46657 B13

**Claim No: 58**          RAB INC
                         P O BOX 1022
                         WIXOM, MI 48393
                                                    Class:    341 NOTICE ONLY

Scheduled:     $0.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                         Note:          CAPITAL ONE BANK


**Claim No: 1101**        RECOVERY MANAGEMENT SYSTEMS
                          CORP
                          25 SE 2ND AVE
                          STE 1120                 Class:    SPECIAL NOTICE
                          MIAMI, FL 33131-1605

                                                   Note:          GE MONEY BANK/REEDS
                                                                  TRAILER SALES


**Claim No: 4**           RESURGENT CAPITAL SERVICES
                          P O Box 10368
                          Greenville, SC 29603
                                                   Class:    UNSECURED - (L)

Scheduled:     $20,615.00            Date Filed:    10/20/2010
Filed:         $17,206.37            Value:         $0.00
Provided for:  $17,206.37            % to Pay:      0.00
Not Provided for:  **$0.00**         Interest Rate: 0.00
                                     Note:          ADVANTA BANK


**Claim No: 60**          U S Attorney
                          for Internal Revenue Service
                          501 I Street
                          Sacramento, CA 95814     Class:    341 NOTICE ONLY

Scheduled:     $0.00
Filed:         NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                         Note:          IRS

10-46657 B13

| | |
|---|---|
| **Claim No: 61** | U S D O J - OFFICE OF THE U S TRUSTEE |
| | EASTERN DISTRICT OF CA SACRAMENTO |
| | ROBERT T MATSUI U S COURTHOUSE |
| | 501 I ST 7TH FLOOR ROOM 7-500 |
| | SACRAMENTO, CA 95814 |

Class:   341 NOTICE ONLY

Scheduled:       $0.00
Filed:            NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:


**Claim No: 62**      U S Dept of Justice IRS
                      Civil Trial Sect West Region
                      Ben Franklin Station - P O Box 683
                      Washington, DC 20044

Class:   341 NOTICE ONLY

Scheduled:       $0.00
Filed:            NO CLAIM FILED ON BEHALF OF THIS CREDITOR.
Provided for:
Not Provided for:                    Note:        IRS


**Claim No: 59**      WEINSTEIN AND RILEY PS
                      P O BOX 3978
                      TARGET NATIONAL BANK
                      SEATTLE, WA 98124-3978

Class:   UNSECURED - (L)

| | | | |
|---|---|---|---|
| Scheduled: | $1,716.81 | Date Filed: | 11/11/2010 |
| Filed: | $1,785.00 | Value: | $0.00 |
| Provided for: | $1,785.00 | % to Pay: | 0.00 |
| Not Provided for: | **$0.00** | Interest Rate: | 0.00 |
| | | Note: | TARGET |


**Claim No: 1104**    WEINSTEIN AND RILEY PS
                      2001 WESTERN AVE
                      SUITE 400
                      SEATTLE, WA 98121

Class:   SPECIAL NOTICE

Note:        TARGET


<u>ATTORNEY FEES</u>

| | | |
|---|---|---|
| CUSICK & CRODDY | Amount to be paid through plan: | $1,500.00 |
| 1006 4TH ST | Amount paid through plan to date: | $0.00 |
| TENTH FL | | |
| SACRAMENTO, CA 95814 | | |