

FILED
September 27, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003795011

Jan P. Johnson
Chapter 13 Trustee
P.O. Box 1708
Sacramento, CA 95812-1708
(916) 492-8001

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| Re: MARC LINCOLN DEPEW, <br><br> CARRIE RENEE SPEARS-DEPEW <br><br> _____ Debtor(s) | CASE NO. 10-46657 B13 <br><br> **CERTIFICATE OF SERVICE** |

   I hereby certify that I am employed in the County of Sacramento, am over the age of eighteen years and am not a party to the within cause of action. My business address is P.O. Box 1708, Sacramento, CA 95812.

   On 9/27/2011 I served a copy of the NOTICE OF FILED CLAIMS on the interested parties by placing a true copy thereof in a sealed envelope with the postage theron fully prepaid with the Trusteeship's mail room personnel for mailing in the United States mail at Sacramento, California in accordance with the Trusteeship's ordinary practices, addressed as set forth below:

MARC LINCOLN DEPEW
CARRIE RENEE SPEARS-DEPEW
753 DYNASTY DR
FAIRFIELD, CA 94534


CUSICK & CRODDY
1006 4TH ST
TENTH FL
SACRAMENTO, CA 95814


   I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 9/27/2011 at Sacramento, California.

                                        /s/ Beth Dacy
                                        _____
                                                      Declarant