**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
MAR 27 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: Marc Lincoln Depew / Carrie Renee Spears Depew

Case No.: 10-46657 B13
DEPEW, MARC LINCOLN

**CHANGE OF ADDRESS**

Change of Address For: ☒ Debtor(s)    ☐ Attorney    ☐ Creditor
☐ Husband Only
☐ Wife Only

**OLD ADDRESS**
NAME: Marc & Carrie Depew
MAILING ADDRESS: 753 Dynasty Dr
CITY, STATE, ZIP: Fairfield CA 94534
TELEPHONE NO.: 707 864 2594

**NEW ADDRESS**
NAME: Marc & Carrie Depew
MAILING ADDRESS: 398 Walnut Dr.
CITY, STATE, ZIP: Fairfield CA 94534
TELEPHONE NO.: 707 864 2594

Dated: 3/9/13
Requestor's Name: Carrie Depew
Requestor's Signature: [signature]

Title, if applicable (Corporate Officer, partner, or agent)

EDC 2-085 (Rev. 6/12)