# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

In re:  
    MARC LINCOLN DEPEW  
    CARRIE RENEE SPEARS-DEPEW  
    Debtor(s)

Case No. 10-46657 B13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

JAN P. JOHNSON, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/06/2010.

2) The plan was confirmed on 09/06/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 10/26/2015.

6) Number of months from filing to last payment: 61.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $28,582.00.

10) Amount of unsecured claims discharged without payment: $162,761.41.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $37,980.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$37,980.00** |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $1,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,515.22 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$3,015.22** |
| Attorney fees paid and disclosed by debtor: | $3,500.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 2M BUILDING INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNTS RECEIVABLE TECHNOLO | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANTA | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLY FINANCIAL | Secured | 13,488.54 | 13,488.54 | 13,488.54 | 13,488.54 | 1,208.70 |
| ALLY FINANCIAL | Secured | 11,553.81 | 11,553.81 | 11,553.81 | 11,553.81 | 1,060.09 |
| ALLY FINANCIAL | Unsecured | 6,240.62 | 6,240.62 | 6,240.62 | 528.40 | 0.00 |
| American Express | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN RATINGS CORP | Unsecured | 4,610.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 48,732.08 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA N A | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF THE WEST | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF THE WEST | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| Bank of the West | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK OF THE WEST | Unsecured | 25,033.58 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 5,350.00 | 5,350.00 | 5,350.00 | 452.99 | 0.00 |
| California Employment Development Dep | Priority | 1.00 | NA | NA | 0.00 | 0.00 |
| California State Board of Equalization | Priority | 1.00 | NA | NA | 0.00 | 0.00 |
| CAL-WESTERN RECONVEYANCE CO | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK N A | Unsecured | 6,917.12 | 6,917.12 | 6,917.12 | 585.68 | 0.00 |
| CHARLES SONIE M D | Unsecured | 1,197.29 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDITONE LLC | Unsecured | NA | 25,989.48 | 25,989.48 | 2,200.53 | 0.00 |
| CREDITORS BANKRUPTCY SERVICE | Unsecured | 368.22 | 368.22 | 368.22 | 31.18 | 0.00 |
| DAVID PAUL CUSICK | OTHER | NA | NA | NA | 0.00 | 0.00 |
| DFS SERVICES LLC | Unsecured | 1,855.05 | 1,855.05 | 1,855.05 | 157.08 | 0.00 |
| Discover Financial Services LLC | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ECAST SETTLEMENT CORPORATION | Unsecured | 150.00 | 110.75 | 110.75 | 9.38 | 0.00 |
| FAMS | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL ASSET MANAGEMENT SY | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PACIFIC CREDIT UNION | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PACIFIC CREDIT UNION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Franchise Tax Board | Priority | 1.00 | NA | NA | 0.00 | 0.00 |
| GM BUSINESS CARD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| GM CARD MEMBER SERVICES | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| GMAC INC | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| HOME ASSURANCE SERVICES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK N A | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK N A | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| KOHLS | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| KOHLS | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| Macy s FDSB | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| MEDICREDIT | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,194.25 | 1,194.25 | 1,194.25 | 101.12 | 0.00 |
| NorthBay Healthcare Group | Unsecured | 300.95 | NA | NA | 0.00 | 0.00 |
| NorthBay Healthcare Group | Unsecured | 145.17 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| Northland Group Inc | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK N A | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC BANK N A | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC INC | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| PNC MORTGAGE | Secured | 0.00 | 510,585.56 | 510,585.56 | 0.00 | 0.00 |
| RAB INC | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 20,615.00 | 17,206.37 | 17,206.37 | 1,456.87 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 8,406.00 | 8,406.86 | 8,406.86 | 711.81 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 14,969.26 | 14,969.26 | 14,969.26 | 1,267.45 | 0.00 |
| U S Attorney | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| U S D O J - OFFICE OF THE U S TRUST | OTHER | NA | NA | NA | 0.00 | 0.00 |
| U S Dept of Justice IRS | OTHER | 0.00 | NA | NA | 0.00 | 0.00 |
| WEINSTEIN AND RILEY PS | Unsecured | 1,716.81 | 1,785.00 | 1,785.00 | 151.15 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,042.35 | $25,042.35 | $2,268.79 |
| All Other Secured | $510,585.56 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$535,627.91** | **$25,042.35** | **$2,268.79** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$90,392.98** | **$7,653.64** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,015.22 |
| Disbursements to Creditors | $34,964.78 |
| **TOTAL DISBURSEMENTS:** | **$37,980.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/14/2015                         By: /s/ JAN P. JOHNSON
                                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**