EDC.3-190　Debtor's 11 U.S.C. §1328 Certificate (v.8.14)　　(Page 1 of 2)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

In re
Marc Lincoln Depew
398 Walnut Dr
Fairfield, CA 94534

Carrie Renee Spear-Depew
398 Walnut Dr
Fairfield, CA 94534

Debtor(s).

Case Number
**10-46657 – B – 13J**

## DEBTOR'S 11 U.S.C. § 1328 CERTIFICATE

*[Instructions: Each Debtor must complete this Certificate in order to receive a discharge. All Sections of the Certificate must be completed. The Certificate must be filed with the Clerk of Court and served on the Trustee no later than 30 days after the date of form EDC 5-200, Notice to Debtor of Completed Plan Payments and of Obligation to File Documents. In joint cases, each spouse must complete and file a separate Certificate. Therefore, joint debtors may wish to photocopy this form before completing it.]*

**I declare under penalty of perjury that the information provided in this Certificate is true and correct.**

### A. DOMESTIC SUPPORT OBLIGATIONS
*[check the appropriate box]*

☑ 1. During the time this bankruptcy case has been pending, I have not been required to pay a domestic support obligation (such as child support, maintenance or alimony) by any order of a court or administrative agency or by any statute.

☐ 2. During the time this bankruptcy case has been pending, I have paid all domestic support obligations (such as child support, maintenance or alimony) as required under any order of a court or administrative agency or under any statute.

☐ 3. During the time this bankruptcy case has been pending, I have not paid all domestic support obligations, such as child support, maintenance or alimony, as required by an order of a court or administrative agency or by statute.

*If you were obligated to pay a domestic support obligation, please complete the information below. If not, skip to* **B. Prior Chapter 7, 11, or 12 Bankruptcy Discharge.**

Name and address of each holder of a domestic support obligation:

Name: _____　　Name: _____

Address: _____　　Address: _____

_____　　_____

_____　　_____

My Current Address is:　　　　　　　　My Current Employer is:
Address: _____　　Name: _____

_____　　Address: _____

_____　　_____

_____　　_____

030731　　　　　　　　8070403076 1022

### B. PRIOR CHAPTER 7, 11, OR 12 BANKRUPTCY DISCHARGE
*[check the appropriate box]*

[✓] 1. I **have NOT** received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to filing this case.

[ ] 2. I **have** received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within four (4) years prior to filing this case.

### C. PRIOR CHAPTER 13 BANKRUPTCY DISCHARGE
*[check the appropriate box]*

[✓] 1. I **have NOT** received a discharge in another Chapter 13 bankruptcy case filed within two (2) years prior to filing this case.

[ ] 2. I **have** received a discharge in another Chapter 13 bankruptcy case filed within two (2) years prior to filing this case.

### D. 11 U.S.C. §522(q) EXEMPTIONS
*[check the appropriate box]*

[✓] 1. I **have NOT** claimed exemptions in real property, personal property, or a cooperative used as a residence or claimed as a homestead, or in a burial plot, that exceed the amount stated in 11 U.S.C. § 522(q)(1). *See* 11 U.S.C. § 522(p)(1)(A), (B), (C), and (D).

[ ] 2. I **have** claimed exemptions in real property, personal property, or a cooperative used as a residence or claimed as a homestead, or in a burial plot, that exceed the amount stated in 11 U.S.C. § 522(q)(1), but I owe no debts of the type described in 11 U.S.C. § 522(q).

[ ] 3. I **have** claimed exemptions in real property, personal property, or a cooperative used as a residence or claimed as a homestead, or in a burial plot, that exceed the amount stated in 11 U.S.C. § 522(q)(1), even though I owe debts of the type described in 11 U.S.C. § 522(q). If this box is checked, I have filed with this Certificate form EDC 3-191, *Certificate of Chapter 13 Debtor Regarding 11 U.S.C. § 522(q) Exemptions*.

By signing this Certificate, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me a discharge in this case. The Court may revoke my discharge if my statements are not accurate.

Date: 11/24/15

Signed: *[signature]* Debtor

Printed Name: Carrie Depew

030731　80704030761022

EDC.3-191    Certificate of Chapter 13 Debtor Regarding 11 U.S.C. §522(q) Exemptions (v.8.14)    (Page 1 of 2)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**In re**

Marc Lincoln Depew
398 Walnut Dr
Fairfield, CA 94534

Carrie Renee Spear-Depew
398 Walnut Dr
Fairfield, CA 94534

Debtor(s).

Case Number
**10-46657 – B – 13J**

## CERTIFICATE OF CHAPTER 13 DEBTOR
## REGARDING 11 U.S.C. § 522(q) EXEMPTIONS

*[Instructions: In accordance with 11 U.S.C. § 522(q), Fed. R. Bankr. P. 1007(b)(8), and Local Bankruptcy Rule 5009-1, a chapter 13 debtor who claims exemptions in real property, personal property, and/or a cooperative used as a residence or claimed as a homestead, or in a burial plot, which exceed in the aggregate $146,450, must file this Certificate with the Court after making the last plan payment or, if applicable, prior to the deadline set by the Court when it authorizes a hardship discharge under 11 U.S.C. § 1328(b). See 11 U.S.C. § 522(p)(1)(A), (B), (C), (D), and (q). Debtors who have NOT claimed exemptions in real property, personal property, and/or a cooperative used as a residence or claimed as a homestead, or in a burial plot, which exceed in the aggregate $146,450, should NOT file this Certificate. **Failure to timely file this Certificate may bar or delay entry of a discharge.**]*

1. I have claimed exemptions in the aggregate amount of $ _____.

**PLEASE CHECK ALL BOXES THAT APPLY:**

Yes ☐   No ☒   2. I have been convicted (or there is a proceeding currently pending against me in which I may be convicted of a felony offense punishable by a maximum term of imprisonment of more than one year.

Yes ☐   No ☒   3. I owe a debt (or there is pending against me a proceeding in which I may be found liable for a debt) due to a violation of a Federal Securities law (as defined in section 3(a)(47) of the Securities Exchange Act of 1934), including, but not limited to, the Securities Act of 1933 (15 U.S.C. § 77a *et seq.*); the Securities Exchange Act of 1934 (15 U.S.C. § 78a *et seq.*); the Sarbanes-Oxley Act of 2002 (Pub. L. No. 107-204, 116 Stat.); the Trust Indenture Act of 1939 (15 U.S.C. § 77aaa *et seq.*); the Investment Company Act of 1940 (15 U.S.C. § 80a-1 *et seq.*); the Investment Advisers Act of 1940 (15 U.S.C.A. § 80b-1 *et seq.*); and the Securities Investor Protection Act of 1970 (15 U.S.C. § 78aaa *et seq.*); any State securities laws; or any regulation or order issued under Federal securities laws or State securities laws.

Yes ☐   No ☒   4. I owe a debt (or there is pending against me a proceeding in which I may be found liable for a debt) due to fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of a security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933.

Yes ☐   No ☒   5. I owe a debt (or there is pending against me a proceeding in which I may be found liable for a debt) due to a civil remedy under section 1964 of Title 18.

| | | |
|---|---|---|
| EDC.3-191 | Certificate of Chapter 13 Debtor Regarding 11 U.S.C. §522(q) Exemptions | (Page 2 of 2) |

Yes No ✓
☐ ☒ 6. I owe a debt (or there is pending against me a proceeding in which I may be found liable for a debt) due to a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

Yes No
☐ ☐ 7. Although I answered YES to one or more of questions 2 through 6, I am entitled to the exemptions I have claimed and I should receive a discharge because the exemptions are reasonably necessary to support me (and my dependent(s), if any).

N/A

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: 11/24/15

Signed: [signature] Debtor

Printed Name: Carrie Depew

030731    8070403076l031